THOMPSON LOWER PLLC
Raleigh C. Thompson, No. 11296
Ryan M. Lower, No. 9108
400 S. 4th Street, Suite 500
Las Vegas, Nevada 89101
Telephone: (702) 478-1404
Email: raleigh@thompsonlower.com
Email: ryan@thompsonlower.com

Attorneys for Defendant
Amazon.com Services LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GABRIEL P. MORRIS, individually,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM SERVICES LLC, a Foreign Limited-Liability Company; DOES 1 through 20; and ROE CORPORATIONS 1 through 20, inclusive,<br><br>Defendants. | Case No. 2:25-cv-02251-ART-DJA<br><br>**STIPULATION AND ORDER TO EXTEND JOINT PRETRIAL ORDER DEADLINE**<br><br>**(THIRD REQUEST)** |

Plaintiff Gabriel P. Morris ("Plaintiff") and defendant Amazon.com Services LLC ("Amazon") (collectively, the "Parties") stipulate and agree to extend the deadline to file the Joint Pretrial Order pursuant to LR 26-3 and LR IA 6-1.

The current deadline to file the Joint Pretrial Order is November 17, 2026. ECF No. 19. The deadline has been previously extended twice by stipulations that extended all discovery deadlines in the case. *See* ECF Nos. 16 and 19. The parties have completed discovery and have scheduled mediation (with Hon. Jennifer Togliatti (Ret.)) for January 21, 2027. Accordingly, good cause exists to extend the deadline to file the Joint Pretrial Order until February 22, 2027, which is 30 days

after the scheduled mediation. If the parties resolve this case at mediation, they will notify the Court or file a stipulation to dismiss this action before the deadline to submit the Joint Pretrial Order.

THOMPSON LOWER PLLC

Raleigh C. Thompson, No. 11296
Ryan M. Lower, No. 9108
400 S. 4th Street, Suite 500
Las Vegas, Nevada 89101

Attorneys for Defendant
Amazon Content Services, LLC

RICHARD HARRIS LAW FIRM

*/s/ Charles Jackson*

Charles S. Jackson
801 South Fourth Street
Las Vegas, Nevada 89101

Attorney for Plaintiff

**ORDER**

IT IS SO ORDERED.

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: October 21, 2026

T|L